# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael Anthony Bullabough,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                      3:11-cv-670

Rodney D. Monroe, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 16, 2012 Order.

Signed: April 16, 2012

Frank G. Johns, Clerk
United States District Court